**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00888-CR
No. 05-12-00889-CR

**DON ALFONSO WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-16710-Y and F10-16711-Y**

## ORDER

On June 5, 2013, we ordered the Dallas County District Clerk to prepare and file supplemental clerk's records containing a detailed itemization of the costs assessed in each of these cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. On June 20, 2013, the Dallas County District Clerk filed supplemental clerk's records. However, the detailed itemization of costs included in the supplemental records does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within seven days of the date of this order, a second supplemental clerk's record in each case that contains a detailed

itemization of the costs assessed in the case that complies with articles 103.001 and 103.006 of the Texas Code of Criminal Procedure. *See id*. arts. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost*.") (Emphasis added); 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed.") (Emphasis added).

/s/ LANA R. MYERS
JUSTICE